IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09CR3004 |
| v. | ) | |
| | ) | |
| CODY D. LARKINS, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

A hearing was held before me this date on allegations made
in the petition for action on conditions of pretrial release,
filing no. 15.  The defendant was present with counsel, and was
advised of his rights.  The defendant admitted the allegations in
the petition.  I therefore find that the allegations of violation
of the order of release are true.

Regarding disposition, the government sought detention.
Defendant proposed different and additional conditions of
release.  I conclude that the defendant's proposal should be
adopted.

IT THEREFORE HEREBY IS ORDERED:

Defendant's Order Setting Conditions of Release, filing no.
11, is hereby amended in the following respects.

1.  Paragraph 7(o) is deleted.

2.  Paragraph 7(p) is added:

Defendant shall participate in good faith in a program
of intensive outpatient substance abuse treatment at
First Step--supplemented, if so directed by either the
treatment provider or the supervising officer, with AA
or NA meetings--and shall reside at Exodus House, abide
by all of the rules of said residence at all times and
remain at that residence at all times except when

required to leave the residence to (1) participate in
intensive outpatient treatment; (2) go to and from
employment; (3) attend required educational classes; or
when given prior approval to leave by the supervising
officer.  In the event that the defendant is discharged
from the facility for any reason whatsoever or leaves
the premises of the facility without authorization, or
is discharged from the treatment program, the
supervising officer, the United States Marshal, or any
other law enforcement officer is authorized and ordered
to take the defendant into custody and detain the
defendant pending a prompt hearing before the court to
review the conditions of release.

DATED April 15, 2009.

                         BY THE COURT

                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge